SCAD-19-0000561

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

GARY VICTOR DUBIN,
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case Nos. 16-O-147, 16-O-151, 16-O-213, and 16-O-326)

<u>ORDER</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the August 18, 2019 motion for reconsideration filed by Respondent Gary V. Dubin, with regards to this court's August 15, 2019 order, denying his motion to seal the record in this matter, and the record,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, August 26, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

